UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM TRACY MCCOWAN,<br><br>    Petitioner,<br><br>    v.<br><br>E. SILVA,<br><br>    Respondent. | Case No. 25-cv-09805-HSG<br><br>**ORDER DENYING REQUEST TO TOLL LIMITATIONS PERIOD; GRANTING EXTENSION OF TIME TO FILE PETITION AND PAY FILING FEE OR FILE IN FORMA PAUPERIS APPLICATION**<br><br>Re: Dkt. Nos. 1, 5 |

On November 14, 2025, the Court docketed a pleading received from Mr. McCowan, in which he asked the Court to grant him a six to eight month extension of time to file his federal habeas petition. Dkt. No. 1. Because Mr. McCowan sought relief from this Court, the Court opened an action pursuant to this filing. That same day, the Court sent Mr. McCowan deficiency notices, informing him that he had not submitted his action on the proper case-initiating form and that he neither paid the filing fee nor filed an application for leave to proceed *in forma pauperis*. Dkt. Nos. 2, 3. The Court instructed Mr. McCowan that he should cure these deficiencies by December 12, 2025 by filing his habeas petition on the proper form, and either paying the filing fee or filing an application for leave to proceed *in forma pauperis*. *Id*. The Court sent Mr. McCowan a blank habeas petition form and a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Mr. McCowan has not filed the required documents. However, Mr. McCowan has filed a request for an extension of time to January 30, 2026, to cure the deficiencies identified above. Dkt. No. 5. This order addresses Mr. McCowan's request for a six to eight month extension of time to file his federal habeas petition, Dkt. No. 1, and his request for an extension of time to cure the deficiencies.

In Dkt. No. 1, Mr. McCowan requests a six to eight month extension of time to file his federal habeas petition pursuant to 28 U.S.C. § 2254. *See generally* Dkt. No. 1. Mr. McCowan appears to be seeking tolling of the limitations period due to his health issues and other difficulties that he has encountered. The Court DENIES this request without prejudice. The Court cannot determine whether tolling is appropriate when no petition has been filed.

The Court GRANTS Mr. McCowan's request for an extension of time to January 30, 2026 to submit his habeas petition on the proper form, and either pay the filing fee or file an application for leave to proceed *in forma pauperis*. Failure to comply with the deadlines in this order may result in dismissal of this action without prejudice for failure to obey a court order.

This order terminates Dkt. Nos. 1, 5.

**IT IS SO ORDERED.**

Dated:   12/19/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge