UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM TRACY MCCOWAN,

Plaintiff,

v.

E. SILVA,

Defendant.

Case No. 25-cv-09805-HSG

**ORDER DENYING REQUEST FOR CLARIFICATION**

Re: Dkt. No. 14

Petitioner, a California state prisoner housed at Corcoran State Prison in Corcoran, California, has filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. No. 7. On March 13, 2026, the Court issued an order requiring Respondent to show cause why the petition should not be granted. Dkt. No. 14. Petitioner has requested that the Court explain certain portions of the March 13, 2026 Order, stating that he just needs help from the Court. The Court DENIES Petitioner's request. Dkt. No. 14. The Court cannot provide litigants with legal advice or assist litigants in interpreting court orders. Petitioner may consult the resources available on the Court's website at https://www.cand.uscourts.gov/pro-se-litigants/.

This order terminates Dkt. No. 14.

**IT IS SO ORDERED.**

Dated:  5/29/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge